RENE L. VALLADARES
Federal Public Defender
State Bar No. No. 11479
WILLIAM CARRICO
State Bar No. 003042
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Eddie Junior Rodriguez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDDIE JUNIOR RODRIGUEZ,<br><br>Defendant. | 2:15-cr-020-KJD-VCF<br><br>**STIPULATION TO CONTINUE TRIAL DATES**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Alexandra M. Michael, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and William Carrico, Assistant Federal Public Defender, counsel for defendant EDDIE JUNIOR RODRIGUEZ, that the calendar call currently scheduled for June 9, 2015, at 9:00 a.m., be vacated and the trial currently scheduled for June 15, 2015, at 9:00 a.m., be vacated and set to a time and date convenient to this Court. However, in no event earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Parties have tentatively negotiated the case, however counsel for the government is out of the jurisdiction. A short continuance is needed to finalize the written agreement, considering the exercise of due diligence.

2. The defendant is incarcerated and does not object to the continuance.

3.    The parties agree to the continuance.

4.    The additional time requested herein is not sought for purposes of delay, but merely to allow the parties to finalize the written agreement.

5.    Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the second request to continue trial dates filed herein.

DATED this 8th day of June, 2015.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States of America |
| /s/ William Carrico<br>By:_____<br>WILLIAM CARRICO<br>Assistant Federal Public Defender<br>Counsel for Defendant | /s/ Alexandra M. Michael<br>By:_____<br>ALEXANDRA M. MICHAEL<br>Assistant United States Attorney<br>Counsel for the Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>EDDIE JUNIOR RODRIGUEZ,<br><br>Defendant. | 2:15-cr-020-KJD-VCF<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER |
|---|---|

### **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Parties have tentatively negotiated the case, however counsel for the government is out of the jurisdiction. A short continuance is needed to finalize the written agreement, considering the exercise of due diligence.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties to finalize the written agreement.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

///
///
///
///
///

3

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excusable under the Speedy Trial Act, title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

## ORDER

IT IS FURTHER ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the Government's prospective witnesses must be electronically submitted to the Court by the 21st day of July, 2015, by the hour of 4:00 p.m.

IT IS FURTHER ORDERED that the calendar call currently scheduled for June 9, 2015, at the hour of 9:00 a.m., be vacated and continued to 7/21/15 at the hour of 9:00 am ; and the trial currently scheduled for June 15, 2015, at the hour of 9:00 a.m., be vacated and continued to 7/27/15 at the hour of 9:00 am.

DATED 9th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE