RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Navid_Afshar@fd.org

Attorney for Eddie Junior Rodriguez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>EDDIE JUNIOR RODRIGUEZ,<br><br>           Defendant. | Case No. 2:15-cr-00020-KJD-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Eddie Junior Rodriguez, that the Revocation Hearing currently scheduled on August 9, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.     The parties have agreed to continue the matter because Mr. Rodriguez is continuing treatment while in a re-entry residence.

2.     The defendant is not in custody and agrees with the need for the continuance.

3.     The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing. DATED this 14th day of July, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Navid Afshar*<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By */s/ Melanee Smith*<br>MELANEE SMITH<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDDIE JUNIOR RODRIGUEZ,<br><br>　　　　　Defendant. | Case No. 2:15-cr-00020-KJD-VCF<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, August 9, 2022 at 12:30 p.m., be vacated and continued to September 14, 2022 at the hour of 11:00 a.m. in courtroom 4A.

　　　DATED this 19th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON

3