RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Navid_Afshar@fd.org

Attorney for Eddie Junior Rodriguez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00020-KJD-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Fifth Request) |
| EDDIE JUNIOR RODRIGUEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Eddie Junior Rodriguez, that the Revocation Hearing currently scheduled on November 3, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Probation has indicated they will file an amended petition.
2. Counsel needs to review discovery to ascertain what legal issues may be raised.
3. The defendant is not in custody and agrees with the need for the continuance.
4. The parties agree to the continuance.

1  This is the fifth request for a continuance of the revocation hearing.

2  DATED this 1st day of November, 2022.

| RENE L. VALLADARES | JASON M. FRIERSON |
| Federal Public Defender | United States Attorney |

By */s/ Navid Afshar*  
NAVID AFSHAR  
Assistant Federal Public Defender

By */s/ Melanee Smith*  
MELANEE SMITH  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDDIE JUNIOR RODRIGUEZ,<br><br>　　　　　Defendant. | Case No. 2:15-cr-00020-KJD-VCF<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, November 3, 2022 at 11:30 a.m., be vacated and continued to December 27, 2022 at the hour of 9:30 a.m. in courtroom 4A.

　　　DATED this 2nd day of November, 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE